1  EVGENY SWAROVSKI
2  Cal Bar #242882
   PO Box 81
3  Pasadena, CA 91102
4  (626) 872-4252
   (626) 410-1112 fax
5  Email: bonproject@gmail.com

6
   Attorney for Defendants
7  HI-Q Flooring, LLC
8  Kevin Ma

9

10

11           **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
12

13

   | **UNILIN BEHEEVER, B.V et al** | **Case No. CV14-02199-RSWL (PJWX)** |
14 | **Plaintiff** | |
   | | **AMENDED NOTICE OF** |
15 | **V** | **BANKRUPTCY FILING BY** |
   | | **DEFENDANT KEVIN MA** |
16 | **TOPSTAR FLOORING, LLC et al** | |
   | **Defendants** | |
17

18

19

20

21
        Please note that defendant Kevin Ma filed for chapter 7 petition on
22

23  6/16/2015. The case was assigned case number 2:15-bk-19580-BR to Judge Barry

24  Russell. Notice of filing as attached.

25

26

27
                              Notice
28                              -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

After this filing this case has no active defendants who are still litigating. Hi-Q Flooring, LLC does not have active standing with California Secretary of State and may not defend this case. Plaintiff settled with the rest of defendants.

Dated: June 6/24/2015

Evgeny Swarovski,

Attorney for Defendants

HI-Q Flooring, Kevin Ma