LEE TRAN & LIANG LLP
Enoch H. Liang (Bar No. 212324)
enoch.liang@ltlattorneys.com
James M. Lee (Bar No. 192301)
james.lee@ltlattorneys.com
Lauren Sliger (Bar No. 213880)
lauren.sliger@ltlattorneys.com
Timothy S. Fox (Bar No. 280918)
timothy.fox@ltlattorneys.com
Roozbeh Gorgin (Bar No. 276066)
roozbeh.gorgin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Plaintiffs
Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL,<br><br>Plaintiffs,<br><br>v.<br><br>TOPSTAR FLOORING LLC, et al.<br><br>Defendants. | Case No.: 2:14-cv-2199-RSWL (PJWx)<br><br>**JOINT STATUS REPORT REGARDING THE AMENDED NOTICE OF BANKRUPTCY FILING BY DEFENDANT KEVIN MA** |

Pursuant to the Court's Order that the parties file a joint status report concerning a possible stay and status of the action [Dkt. 64] in response to the Amended Notice of Bankruptcy Filing by Defendant Kevin Ma [Dkt. 63], Plaintiffs Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl (collectively "Plaintiffs") and Defendants Kevin Ma and Hi-Q Flooring, LLC submit the following:

The Complaint in this matter named five defendants. The Court dismissed Defendants Chenhao "Jack" Xu and Mountain High Corporation with prejudice on July 1, 2015 [Dkt. 66].

Plaintiffs' position is that corporate Defendants Hi-Q Flooring LLC and Topstar Flooring LLC are alter egos of Defendant Ma, such that a judgment against these corporate defendants would affect the bankruptcy estate. Accordingly, Plaintiffs believe the automatic stay pursuant to 11 U.S.C. § 362 applies to the three remaining defendants pending resolution of Mr. Ma's bankruptcy. Plaintiffs reserve the right to seek relief from the stay, however.

/ / /

/ / /

Defendants' position is that both corporate defendants do not have active status with can sos and file.

Respectfully submitted,

Dated: July 6, 2015  **LEE TRAN & LIANG LLP**

By: /s/ *Lauren Sliger*

Lauren Sliger
Attorney for Plaintiffs Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl

Dated: July 6, 2015  **LAW OFFICES OF EVGENY SWAROVSKI**

By: /s/ *Evgeny Swarovski*

Evgeny Swarovski
Attorney for Defendants Kevin Ma and Hi-Q Flooring LLC