UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL,<br><br>    Plaintiffs,<br><br> v.<br><br>TOPSTAR FLOORING, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:14-CV-02199-RSWL (PJWx)<br><br>**ORDER ISSUING STAY OF ENTIRE ACTION AGAINST ALL REMAINING DEFENDANTS PENDING BANKRUPTCY PROCEEDINGS AGAINST DEFENDANT KEVIN MA** |

 Upon receipt of the parties' Joint Status Report Regarding the Amended Notice of Bankruptcy Filing by Defendant Kevin Ma [67],

 **IT IS HEREBY ORDERED** that the entirety of this Action, as against all remaining Defendants, is **STAYED** pending resolution of Defendant Kevin Ma's Bankruptcy Proceeding, see Dckt. # 63.

 **IT IS FURTHER ORDERED** that Plaintiff shall file a

1

status report every 90 days from the date of this order pending resolution of Defendant Kevin Ma's Bankruptcy Proceeding.

**IT IS FURTHER ORDERED** that the parties shall, within fourteen (14) days of the resolution of Defendant Kevin Ma's Bankruptcy Proceeding, file with this Court a status report notifying the Court of such.

**IT IS FURTHER ORDERED** that Plaintiffs retain the right to seek relief from this Stay.

Failure to comply with this order may lead to the imposition of sanctions, including the dismissal of this action.

**IT IS SO ORDERED.**

DATED: July 7, 2015

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge